**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **GERMANEY JOHNSON,** ) | |
| ) | **CASE NO.1:15CV1811** |
| Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | |
| **POLICE OFFICER ZAKI HAZOU,** *et al.*,) | |
| ) | **JUDGE CHRISTOPHER A. BOYKO** |
| Defendants. ) | |
| ) | |
| ) | **ORDER** |

On September 4, 2015, Plaintiff filed a *pro se* Section 1983 Complaint. (Dkt. #1). The case was referred to Magistrate Judge David A. Ruiz pursuant to Local Rule 72.2. Defendants' filed a Motion for Summary Judgment on August 19, 2016. On February 13, 2017, the Magistrate Judge recommended that Defendants' Motion for Summary Judgment be granted and judgment rendered in Defendants' favor. (Dkt.#31).

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited

resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Ruiz's Report and Recommendation is **ADOPTED** and Defendants' Motion for Summary Judgment is granted.

**IT IS SO ORDERED.**

**Dated: 3/6/2017**

                                *S/Christopher A. Boyko*
                                **CHRISTOPHER A. BOYKO**
                                **UNITED STATES DISTRICT JUDGE**